## SIMS *et al.* v. FIRST NATIONAL BANK OF BARNESVILLE *et al.*

RUSSELL, C. J. It was error to direct a verdict in favor of the defendants, because there was evidence which would have authorized the jury to find, had the issue been submitted to them under proper instructions of the court, that a part of the debt was not used to procure supplies for the support of the widow and minor children.

*Judgment reversed. All the Justices concur, except Atkinson and Hines, JJ., who dissent.*

No. 4983.   JULY 15, 1926.

Equitable petition. Before Judge Persons. Lamar superior court. May 16, 1925.

*H. J. Kennedy,* for plaintiffs.

*C. J. Lester* and *Dobbs & Barrett,* for defendants.

---

Trial, 38 Cyc. p. 1578, n. 40.

HINES, J. I think that under a proper construction of the evidence in this case there was no issue of fact involved which would have required a solution by the jury, and that the court did not err in directing a verdict under the pleadings and the evidence. I am authorized to say that Mr. Justice Atkinson concurs in this dissent.